IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEANNA OLIVER,

                                                           ORDER

              Plaintiff,

                                                 15-cv-758-bbc

    v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Thomas Durkin, counsel for plaintiff Deanna Oliver has moved for an award of attorney fees in the amount of $3,996 and costs in the amount of $400 under the Equal Access to Justice Act, 28 U.S.C. 2412, in full satisfaction of any claim for fees and costs in this case. The Commissioner does not oppose counsel's request; however she wants to be sure that counsel understands that in the event plaintiff owes a pre-existing debt to the United States, the award of attorney fees will be offset by the amount of the debt under <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

      After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that the award be made payable to plaintiff's counsel under the Equal Access to Justice Act assignment signed by plaintiff and her counsel.

ORDER

IT IS ORDERED that plaintiff's motion for attorney fees in the amount of $3,996 and costs in the amount of $400 is GRANTED.

Entered this 26th day of September, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge